IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JESSE MARTINEZ, | No. C 11-01011 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A YATES, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 30, 2012

SUSAN ILLSTON
United States District Judge