IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JESSE MARTINEZ,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A. YATES,<br><br>    Respondent.<br>_____ / | No. C 11-01011 SI<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Currently before the Court is petitioner's motion for a certificate of appealability. Petitioner's petition for writ of habeas corpus was denied on January 30, 2012. A certificate of appealability will not issue. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals.

**IT IS SO ORDERED.**

Dated: March 5, 2012

SUSAN ILLSTON
United States District Judge